# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Dustin S. Gilmour | : | |
| | : | |
| v. | : | No. 159 C.D. 2017 |
| | : | |
| Commonwealth of Pennsylvania, | : | |
| Department of Transportation, | : | |
| Bureau of Driver Licensing, | : | |
| Appellant | : | |

# **O R D E R**

AND NOW, this 7th day of May, 2019, the opinion and order filed in this matter earlier today, in which the Court misidentified the court that issued the order from which the appeal was taken as the Court of Common Pleas of Delaware County, is hereby WITHDRAWN. The Court will file a new opinion and order, correctly identifying the court as the Court of Common Pleas of Montgomery County.

_____

P. KEVIN BROBSON, Judge